B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Iacono, Marshall F.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Iacono, Rosalina** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-6612** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-4323** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1490 Farrington Lane**<br>**Aurora, IL**<br>ZIP Code **60504** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1490 Farrington Lane**<br>**Aurora, IL**<br>ZIP Code **60504** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Iacono, Marshall F.**<br>**Iacono, Rosalina** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Kenneth C Swanson Jr.                    April 27, 2011**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Kenneth C Swanson Jr.** |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(4/10)**                                                                                                    **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Iacono, Marshall F.**<br>**Iacono, Rosalina** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Marshall F. Iacono**
Signature of Debtor  **Marshall F. Iacono**

**X  /s/ Rosalina Iacono**
Signature of Joint Debtor  **Rosalina Iacono**

Telephone Number (If not represented by attorney)

**April 27, 2011**
Date

**Signature of Attorney***

**X  /s/ Kenneth C Swanson Jr.**
Signature of Attorney for Debtor(s)

**Kenneth C Swanson Jr. 6279892**
Printed Name of Attorney for Debtor(s)

**Swanson & Wagman LLC**
Firm Name

**670 W Hubbard**
**Suite 202**
**Chicago, IL 60654**

Address

**Email: kc@practicinglaw4u.com**
**312-666-7882  Fax: 312-666-8894**
Telephone Number

**April 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marshall F. Iacono**
      **Rosalina Iacono**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
       ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

     Signature of Debtor:    **/s/ Marshall F. Iacono**
                                **Marshall F. Iacono**

     Date:    **April 27, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marshall F. Iacono**
     **Rosalina Iacono**

Debtor(s)

Case No.

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                      Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Rosalina Iacono**
                                          **Rosalina Iacono**

Date:   **April 27, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marshall F. Iacono,**
         **Rosalina Iacono**

Case No. _____

                                    ,

Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 17,452.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 104,537.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,862.24 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,920.00 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 17,452.00 | | |
| Total Liabilities | | | | 104,537.58 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Marshall F. Iacono,**
      **Rosalina Iacono**

Case No. _____

_____,

Debtors

Chapter _____ **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 5,811.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 5,811.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,862.24 |
| Average Expenses (from Schedule J, Line 18) | 3,920.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,398.25 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 104,537.58 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 104,537.58 |

B6A (Official Form 6A) (12/07)

In re    **Marshall F. Iacono,**                                                                    Case No. _____
         **Rosalina Iacono**
                                                                                         ,
                                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Marshall F. Iacono,**
     **Rosalina Iacono**

Case No. _____

_____,
                  Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Debtors Cash On Hand** | J | 1.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with 5/3rd Bank** | J | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Used Household Goods and Furnishings** | J | 850.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Debtors Necessary Wearing Apparel, Books, Family Pictures, Bible, Textbooks** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Wedding Rings and Costume Jewelry** | J | 550.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **2,451.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marshall F. Iacono,**                                          Case No. _____
         **Rosalina Iacono**
_____,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension with City of Chicago** | J | 1.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        1.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marshall F. Iacono,**                                                    Case No. _____
         **Rosalina Iacono**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Honda Pilot with 70,000 miles** | J | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 15,000.00 |
| Total > | 17,452.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Marshall F. Iacono,**                                    Case No. _____

       **Rosalina Iacono**

                                       ,

                      Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Debtors Cash On Hand** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account with 5/3rd Bank** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Used Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **850.00** | **850.00** |
| **Wearing Apparel** | | | |
| **Debtors Necessary Wearing Apparel, Books, Family Pictures, Bible, Textbooks** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Wedding Rings and Costume Jewelry** | **735 ILCS 5/12-1001(b)** | **550.00** | **550.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Pension with City of Chicago** | **735 ILCS 5/12-704** | **100%** | **1.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Honda Pilot with 70,000 miles** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **15,000.00** |
| | **735 ILCS 5/12-1001(b)** | **6,549.00** | |

                                                  Total:    **13,801.00**    **17,452.00**

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Marshall F. Iacono,**
**Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal (Total of this page) | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **Marshall F. Iacono,**                                                                    Case No. _____
         **Rosalina Iacono**
                                                                         ,
                                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____
*  *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Marshall F. Iacono,**  
**Rosalina Iacono**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx9844 **AFS 5996 West Touhy Avenue Niles, IL 60714** | | J | 2001-2010 Collections | | | | 534.00 |
| Account No. xx7200 **American Collections (Original Cred 919 Estes Ct Schaumburg, IL 60193** | | W | Opened  7/31/07  Last Active 12/01/09 Collection Tcf National Bank II | | | | 104.00 |
| Account No. xxxxxxxxxxx0401 **American General Finan 3215 W 95th St Evergreen Park, IL 60805** | | W | Opened  3/26/01 HouseholdGoodsSecured | | | | 0.00 |
| Account No. xxxxxxx2289 **American General Finance PO Box 3251 Evansville, IN 47731** | | J | 2005-2011 Collections | | | | 2,994.00 |

__37__ continuation sheets attached

| | Subtotal (Total of this page) | 3,632.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall F. Iacono,**
     **Rosalina Iacono**

Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3896, 8420, 2725, 1470 , 4080**<br><br>**American Medical Collection Agency**<br>**2269 South Saw Mill River Rd**<br>**Building 3**<br>**Elmsford, NY 10523** | | J | | **2007-2011**<br>**Medical Bills** | | | | 1,000.00 |
| Account No. **0587**<br><br>**APLM LTD**<br>**1050 West Kinzie Street**<br>**Chicago, IL 60642** | | J | | **2001-2011**<br>**Medical Bill** | | | | 3.00 |
| Account No. **xxxxxx9970**<br><br>**Armor Systems Co (Original Creditor**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099** | | W | | **Opened  9/12/07  Last Active 11/01/07**<br>**Collection Dupage Internal Medicine** | | | | 599.00 |
| Account No. **xxxxxx2513**<br><br>**Armor Systems Co (Original Creditor**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099** | | W | | **Opened  6/15/10  Last Active  9/01/10**<br>**Collection Dupage Internal Medicine** | | | | 332.00 |
| Account No. **xxxxxx6267**<br><br>**Armor Systems Co (Original Creditor**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099** | | W | | **Opened  6/29/09  Last Active  8/01/09**<br>**Collection Dupage Internal Medicine** | | | | 258.00 |

Sheet no. __1___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,192.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
         **Rosalina Iacono**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx9822**<br><br>**Armor Systems Co (Original Creditor**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099** | | W | | **Opened 2/12/07 Last Active 4/01/07**<br>**Collection Dupage Internal Medicine** | | | | 158.00 |
| Account No. **xxxxxx5408**<br><br>**Armor Systems Co (Original Creditor**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099** | | W | | **Opened 11/17/09 Last Active 2/01/10**<br>**Collection Dupage Internal Medicine** | | | | 101.00 |
| Account No. **xxxxxx2675**<br><br>**Armor Systems Co (Original Creditor**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099** | | H | | **Opened 12/14/09 Last Active 7/01/09**<br>**Collection Dupage Internal Medicine** | | | | 24.00 |
| Account No. **xxxxxx6520**<br><br>**Armor Systems Co (Original Creditor**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099** | | H | | **Opened 10/25/10**<br>**Collection Dupage Internal Medicine** | | | | 10.00 |
| Account No. **xxxx0007**<br><br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | J | | **2005-2011**<br>**Collections** | | | | 578.00 |

Sheet no. __**2**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

871.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
**Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1106**<br><br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | J | 2005-2011<br>Collections | | | | 1,143.00 |
| Account No. **xxx4441**<br><br>**Associated General Sugeons**<br>**25 North Winfield Road Suite 410**<br>**Winfield, IL 60190** | | J | 2007-2011<br>Medical Bill | | | | 213.80 |
| Account No. **xxxxx7668**<br><br>**Associated Pathology Consultants**<br>**PO BOX 3680**<br>**Peoria, IL 61612** | | J | 2009-2011<br>Medical Blll | | | | 3.15 |
| Account No. **012**<br><br>**Associated Recovery Systems**<br>**Po Box 469046**<br>**Escondido, CA 92046** | | J | 2007-2011<br>Collections | | | | 1.00 |
| Account No. **x3204, xx3940**<br><br>**ATG Credit LLC**<br>**PO Box 14895**<br>**Chicago, IL 60614** | | J | 2007-2011<br>Medical Blll | | | | 43.30 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,404.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
**Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4684** <br><br> **Bank of America** <br> **PO Box 84006** <br> **Columbus, GA 31908** | | J | **2001-2011** <br> **Credit Card** | | | | 3,738.00 |
| Account No. **3633** <br><br> **Bank of America** <br> **4060 Ogletown Stan** <br> **Newark, DE 19713** | | J | **2001-2011** <br> **Revolving Charge** | | | | 1.00 |
| Account No. **4323** <br><br> **Barsky Dermotology** <br> **122 Schiller Street** <br> **Elmhurst, IL 60126** | | J | **2009-2011** <br> **Medical Bill** | | | | 500.00 |
| Account No. **0101** <br><br> **Beyer- Rosen M & S** <br> **1121 North Ellis Street** <br> **Bensenville, IL 60106** | | J | **2003-2011** <br> **Collections** | | | | 1.00 |
| Account No. **xxx8418** <br><br> **Biehl & Biehl** <br> **PO Box 8747410** <br> **Carol Stream, IL 60188** | | J | **2010-2011** <br> **Collections** | | | | 12.87 |

Sheet no. __4__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,252.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
         **Rosalina Iacono**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx xx 2498, xx xC 505**<br><br>**Blatt, Hasenmiller, Leibsker & Moor**<br>**PO Box 5463**<br>**Chicago, IL 60680** | | J | **2004-2011**<br>**Lawsuit for Credit Cards** | | | | **1.00** |
| Account No. **xxxxxx2681, xxxx xx2702**<br><br>**Blitt & Gaines PC**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | J | **2003-2011**<br>**Lawsuit** | | | | **1.00** |
| Account No. **xx xxK 340**<br><br>**Blitt & Gaines PC**<br>**661 Glenn Avenue**<br>**Calvary SPV I LLC**<br>**Wheeling, IL 60090** | | J | **2005-2011**<br>**Lawsuit** | | | | **11,643.41** |
| Account No. **xx0207**<br><br>**Cab Serv (Original Creditor:Cardina**<br>**90 Barney Dr**<br>**Joliet, IL 60435** | | H | **Opened  3/01/06  Last Active  5/01/06**<br>**Cardinal Sleep Centers Joliet** | | | | **300.00** |
| Account No. **xx9889**<br><br>**Cab Serv (Original Creditor:Kramer**<br>**90 Barney Dr**<br>**Joliet, IL 60435** | | H | **Opened  5/01/07  Last Active  8/01/07**<br>**Kramer Enterprises** | | | | **605.00** |

Sheet no. __5___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,550.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall F. Iacono,**
       **Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx1450**<br><br>**Cab Serv (Original Creditor:Kramer**<br>**90 Barney Dr**<br>**Joliet, IL 60435** | | H | | Opened  4/01/06  Last Active  7/01/06<br>Kramer Enterprises | | | | 318.00 |
| Account No. **xx0207, x3140, xx9889**<br><br>**Cab Services**<br>**60 Barney Drive**<br>**Joliet, IL 60435** | | J | | 2008-2011<br>Medical Bill | | | | 1,218.00 |
| Account No. **xxx5874**<br><br>**Calvary Portfolio Services**<br>**7 Skyline Drive 3rd Floor**<br>**Hawthorne, NY 10532** | | J | | 2001-2011<br>Collections | | | | 1.00 |
| Account No. **xx xxxx2681**<br><br>**Capital One**<br>**1500 Capital One Drive**<br>**Richmond, VA 23285** | | J | | 2009-2011<br>Lawsuit | | | | 1,632.00 |
| Account No. **xx xx xx2702**<br><br>**Capital One**<br>**1500 Capital One Drive**<br>**Richmond, VA 23285** | | J | | 2004-2011<br>Lawsuit | | | | 1,382.00 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,551.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
**Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5763** <br><br> **Capital One** <br> **1500 Capital One Drive** <br> **Richmond, VA 23285** | | J | | 2001-2011 <br> **Credit Card** | | | | 2,485.00 |
| Account No. **4762** <br><br> **Capital One** <br> **1500 Capital One Drive** <br> **Richmond, VA 23285** | | J | | 2001-2011 <br> **revolving Charge** | | | | 1.00 |
| Account No. **8433** <br><br> **Capital One** <br> **1500 Capital One Drive** <br> **Richmond, VA 23285** | | J | | 2001-2011 <br> **Credit Card** | | | | 1.00 |
| Account No. **4762** <br><br> **Capital One** <br> **1500 Capital One Drive** <br> **Richmond, VA 23285** | | J | | 2004-2011 <br> **Revolving Charge** | | | | 1.00 |
| Account No. **5217** <br><br> **Capital One** <br> **1500 Capital One Drive** <br> **Richmond, VA 23285** | | J | | 2006-2011 <br> **Revolving Charge** | | | | 1.00 |

Sheet no. __7__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,489.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
            **Rosalina Iacono**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5834** | | | | 2000-2011 Revolving Charge | | | | |
| **Capital One 1500 Capital One Drive Richmond, VA 23285** | | J | | | | | | 1.00 |
| Account No. **xx6659** | | | | 2004-2011 Credit Card | | | | |
| **Carson Pirie Scott PO Box 10327 Jackson, MS 39289** | | J | | | | | | 372.00 |
| Account No. **9191** | | | | 2007-2011 Revolving Charge | | | | |
| **Carson Pirie Scott PO Box 10327 Jackson, MS 39289** | | J | | | | | | 372.00 |
| Account No. **4880** | | | | 2001-2011 Collections | | | | |
| **CB USA 5252 S Hohman Ave Hammond, IN 46320** | | J | | | | | | 1.00 |
| Account No. **4880** | | | | 2010-2011 Collections | | | | |
| **CBUSA Sears 13200 Smith Rd Cleveland, OH 44130** | | J | | | | | | 1.00 |

Sheet no. __8__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

747.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**
        **Rosalina Iacono**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4953**<br><br>**Centra**<br>**PO BOX 479**<br>**Winfield, IL 60190** | | J | **2009-2011**<br>**Medical Bill** | | | | 189.70 |
| Account No. **xxxxxx0001**<br><br>**Central Dupage**<br>**PO BOX 4698**<br>**Carol Stream, IL 60122** | | J | **2009-2011**<br>**Medical Bill** | | | | 1,147.25 |
| Account No. **xxx4284, xxx9416**<br><br>**Central Dupage Hospital**<br>**PO BOX 46898**<br>**Carol Stream, IL 60197** | | J | **2007-2011**<br>**Medical Bill** | | | | 1,105.60 |
| Account No. **xxxxxx9001, xxxxx4001, xxx9963**<br><br>**Central Duparge Hospital**<br>**PO BOX 4698**<br>**Carol Stream, IL 60122** | | J | **2007-2011**<br>**Medical BIll** | | | | 1,200.00 |
| Account No. **xxx4729**<br><br>**Certegra Primary Care LLC**<br>**13707 West Jackson**<br>**Woodstock, IL 60098** | | J | **2009-2011**<br>**Medical Bill** | | | | 96.00 |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,738.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall F. Iacono,**
       **Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7273** <br><br> **Certifed Svc (Original Creditor:Med** <br> **1733 Washington St 201** <br> **Waukegan, IL 60079** | | H | Opened 12/01/05  Last Active  2/01/06 <br> MedicalDebt Med1 Michael A Bender Dds Ltd | | | | 72.00 |
| Account No. **xxx7273** <br><br> **Certified Services Inc** <br> **1733 Washington St** <br> **Ste 2** <br> **Waukegan, IL 60085** | | J | 2010-2011 <br> Medical Bill | | | | 72.00 |
| Account No. **xxxxxx7633** <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224-0696** | | J | Opened  4/01/93  Last Active  3/01/02 <br> InstallmentSalesContract | | | | 0.00 |
| Account No. **xxxxxx0431** <br><br> **Chase Auto** <br> **Po Box 901076** <br> **Fort Worth, TX 76101** | | J | Opened  9/01/01  Last Active  5/01/05 <br> AutoLease | | | | 6,356.00 |
| Account No. **xxxxxxxxxxx0343** <br><br> **Chase/Cc** <br> **225 Chastain Meadows Ct., Nw** <br> **Kennesaw, GA 30144** | | H | Opened 12/17/93  Last Active  1/01/07 <br> CreditCard | | | | 1.00 |

Sheet no. __**10**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 6,501.00 |
|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall F. Iacono,**
   **Rosalina Iacono**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4684** <br><br> **Circuit City c/o Associated Recovery Systems PO Box 469046 Escondido, CA 92046** | | J | | **2004-2011 Collections** | | | | **1.00** |
| Account No. **5506** <br><br> **Citibank PO BOX 6033 Haggerstown, MD 21747** | | J | | **2001-2011 Credit Card** | | | | **1.00** |
| Account No. **xxx8594** <br><br> **Citimortgage Po Box 9438 Dept 0251 Gaithersburg, MD 20898** | | J | | **Opened  2/01/02  Last Active  7/01/04 RealEstateSpecificTypeUnknown** | | | | **1.00** |
| Account No. **xxxx5543** <br><br> **CMI 4200 International Parkway Carrollton, TX 75007** | | J | | **2008-2011 Collections** | | | | **278.00** |
| Account No. **xxxx9488** <br><br> **Collection Company O (Original Cred 700 Lonwater Drive Norwell, MA 02061** | | H | | **Opened  7/01/08  Last Active  11/01/06 Collection At T** | | | | **175.00** |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**456.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**                                      Case No. _____
        **Rosalina Iacono**
_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9488** <br><br> **Collection Company of America** <br> **Po Box 556** <br> **Norwell, MA 02061** | | J | 2001-2011 <br> Collections | | | | 1.00 |
| Account No. **xxxxxxxx0026, xxxxxx1303, E000** <br><br> **Computer Credit Inc.** <br> **640 West Fourth Street** <br> **Winston Salem, NC 27113-5238** | | J | 2010-2011 <br> Medical Bills | | | | 400.00 |
| Account No. **7450** <br><br> **Conseco Financial** <br> **PO Box 981206** <br> **El Paso, TX 79998** | | J | 2010-2011 <br> Collections | | | | 1.00 |
| Account No. **xxxxxxxxxxx7450** <br><br> **Consecofin** <br> **345 St Peter/900 Landmk** <br> **Saint Paul, MN 55102** | | W | Opened 5/15/98 Last Active 3/01/03 <br> ChargeAccount | | | | 1.00 |
| Account No. **xxxx4027** <br><br> **Credit One LLC** <br> **PO Box 605** <br> **Metairie, LA 70004** | | J | 2005-2011 <br> Collections | | | | 1.00 |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**404.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**          Case No. _____
        **Rosalina Iacono**
                                                          ,
                                            Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx6759**<br><br>**Credit Protections Assoc**<br>**1355 Noel Rd**<br>**Ste 2100**<br>**Dallas, TX 75240** | | J | | | 2001-2011<br>Collections | | | | 311.00 |
| Account No. **2010**<br><br>**Credit Thrift of America**<br>**342 Chrysler Drive**<br>**Belvidere, IL 61008** | | J | | | 2007-2011<br>Collections | | | | 1.00 |
| Account No. **xxxxx0188**<br><br>**Crescent Recovery**<br>**510 Independence Suite 300**<br>**Chesapeake, VA 23320** | | J | | | 2007-2011<br>Collections | | | | 1.00 |
| Account No. **xxxxx3375**<br><br>**Dachman Center for Pain**<br>**38105 Eagle Way**<br>**Chicago, IL 60678** | | J | | | 2010-2011<br>Medical Bill | | | | 130.50 |
| Account No. **8922**<br><br>**Darvin Furniture**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | J | | | 2006-2011<br>Revolving Charge | | | | 1.00 |

Sheet no. __13__ of __37__ sheets attached to Schedule of          Subtotal          444.50
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
         **Rosalina Iacono**
                                                                    Case No. _____

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxXXXX<br><br>**Darvin Furniture**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | J | **2007-2011**<br>**Furniture Bill** | | | | **2,017.00** |
| Account No. xxxxxxx7704<br><br>**Delnor Community Hospital**<br>**PO BOX 71185**<br>**Chicago, IL 60694** | | J | **2010-2011**<br>**Medical Bill** | | | | **50.00** |
| Account No. xx-xxxxx0224<br><br>**Dennis A. Brebner & Associates**<br>**860 Northpoint BLVD.**<br>**Waukegan, IL 60085** | | J | **2009-2011**<br>**Medical Bill** | | | | **275.00** |
| Account No. xxxxx-xx8484<br><br>**Dependon Collection**<br>**pO Box 4983**<br>**Oak Brook, IL 60523-4983** | | J | **2007-2011**<br>**Collections** | | | | **153.00** |
| Account No. xxxxxxx3726<br><br>**Dependon Collection Se (Original Cr**<br>**Po Box 4833**<br>**Oak Brook, IL 60522** | | W | **Opened  7/30/07**<br>**Collection Francis Lichon Md** | | | | **80.00** |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
         **Rosalina Iacono**
                                                                        Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx90-00** <br><br> **Devon Financial Services, Inc.** <br> **6414 N Western Ave** <br> **Chicago, IL 60645** | | J | 2010-2011 <br> **Collections** | | | | 1,979.75 |
| Account No. **1949** <br><br> **Direct Tv** <br> **PO Box 27700** <br> **Anaheim, CA 92809** | | J | 2008-2011 <br> **Utility Bill** | | | | 1.00 |
| Account No. **xxxxxxxx9395** <br><br> **Diversified Services** <br> **5800 E Thomas Rd** <br> **ste 107** <br> **Scottsdale, AZ 85251** | | J | 2010-2011 <br> **Medical Bill** | | | | 221.00 |
| Account No. **x7937, x8720** <br><br> **Dupage Internal Medicine** <br> **517 Thornhill Drive** <br> **Carol Stream, IL 60188** | | J | 2007-2011 <br> **Medical Bill** | | | | 500.00 |
| Account No. **xxxxx-xxxx4674** <br><br> **Dupage Medical Group** <br> **1860 Paysphere Circle** <br> **Chicago, IL 60674** | | J | 2009-2011 <br> **Medical Bill** | | | | 92.00 |

Sheet no. __15__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,793.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
         **Rosalina Iacono**
                                                                    Case No. _____
                                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4323** <br><br> **Dupage Obstrectrics and Gynecology** <br> **397 Schmale Road** <br> **Carol Stream, IL 60188** | | J | **2007-2011** <br> **Medical Bill** | | | | 900.00 |
| Account No. **xx6834** <br><br> **Elmhurst Clinic** <br> **75 Remittance Drive Suite 1253** <br> **Chicago, IL 60675** | | J | **2009-2011** <br> **Medical Bill** | | | | 253.81 |
| Account No. **6612** <br><br> **Elmhurst College** <br> **190 Prospect Avenue** <br> **Elmhurst, IL 60126** | | J | **2007-2011** <br> **Tuition Debt** | | | | 3,314.16 |
| Account No. **x2168** <br><br> **Elmhurst Medical Physicians** <br> **1200S South York Road 3250** <br> **Elmhurst, IL 60126** | | J | **2009-2011** <br> **Medical Bill** | | | | 175.00 |
| Account No. **xxxxxxx1303** <br><br> **Elmhurst Memorial Healthcare** <br> **PO Box 92348** <br> **Chicago, IL 60675-2348** | | J | **2009-2011** <br> **Medical Bill** | | | | 217.70 |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,860.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**
        **Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx-xx7711**<br><br>**Emergency Treatment SC**<br>**900 Jorie BLVD. Suite 220**<br>**Oak Brook, IL 60523** | J | | | 2010-2011<br>**Medical Bill** | | | | 153.00 |
| Account No. **xxxx7793**<br><br>**Enhanced Recovery Corp**<br>**PO Box 1967**<br>**Southgate, MI 48195** | J | | | 2008-2011<br>**Collections** | | | | 175.00 |
| Account No. **xxxx7793**<br><br>**Enhancrcvrco (Original Creditor:11**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | W | | | Opened 8/01/09 Last Active 10/01/09<br>**11 Tmobile** | | | | 59.00 |
| Account No. **xxx9775**<br><br>**EOS CCA**<br>**PO Box 296**<br>**Norwell, MA 02061-0296** | J | | | 2004-2011<br>**Collections** | | | | 692.00 |
| Account No. **xxx9775**<br><br>**Eos Cca (Original Creditor:At T Mob**<br>**700 Longwater Dr**<br>**Norwell, MA 02061** | W | | | Opened 12/15/09 Last Active 2/01/11<br>**Collection At T Mobility** | | | | 950.00 |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,029.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
      **Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx6299** <br><br> **FFCC-Columbus Inc** <br> **1550 Old Henderson Rd St** <br> **Columbus, OH 43220** | J | | | | 2010-2011 <br> Collections | | | | **129.00** |
| Account No. **4684** <br><br> **Fleet** <br> **PO Box 84006** <br> **Columbus, GA 31908** | J | | | | 2004-2011 <br> Revolving Charge | | | | **1.00** |
| Account No. **8496** <br><br> **Fleet** <br> **PO Box 105655** <br> **Atlanta, GA 30348** | J | | | | 2004-2011 <br> Credit Card | | | | **1.00** |
| Account No. **xxxxxxxx7674** <br><br> **Gemb/Jcp** <br> **Po Box 984100** <br> **El Paso, TX 79998** | J | | | | Opened 1/24/95 Last Active 8/15/03 <br> ChargeAccount | | | | **1.00** |
| Account No. **xxxxxxxxxxxx8496** <br><br> **Gemb/Sams Club** <br> **Po Box 981400** <br> **El Paso, TX 79998** | W | | | | Opened 5/08/97 <br> ChargeAccount | | | | **1.00** |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**133.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
**Rosalina Iacono**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **8496** | | | | | 2007-2011 Credit Card | | | | |
| **GEMB/Sams Club PO Box 981400 El Paso, TX 79998** | | J | | | | | | | |
| | | | | | | | | | 1.00 |
| Account No. **xxxxxxxx8065** | | | | | Opened  7/27/00  Last Active  5/01/01 ChargeAccount | | | | |
| **Gemb/Walmart Po Box 981400 El Paso, TX 79998** | | J | | | | | | | |
| | | | | | | | | | 1.00 |
| Account No. **xxxxxxxx1066** | | | | | Opened  1/25/01  Last Active  5/04/01 ChargeAccount | | | | |
| **Gemb/Whitehall Po Box 981439 El Paso, TX 79998** | | W | | | | | | | |
| | | | | | | | | | 1.00 |
| Account No. **xxxxx1395** | | | | | 2004-2010 Collections | | | | |
| **Gerald Moore & Associates PO Box 724087 Atlanta, GA 31139** | | J | | | | | | | |
| | | | | | | | | | 1.00 |
| Account No. **xxx1155, xxxxx9001, xxx1155** | | | | | 2009-2011 Collections for Medical Bill | | | | |
| **H & R Accounts Inc 5017 John Deer Parkway Stone Park, IL 60165** | | J | | | | | | | |
| | | | | | | | | | 450.00 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

454.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**
        **Rosalina Iacono**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx3492** <br><br> **H & R Accounts Inc (Original Credit** <br> **7017 John Deere Pkwy** <br> **Moline, IL 61265** | | H | | | Opened  9/10/10  Last Active 12/01/10 <br> Collection Central Dupage Hosp | | | | 318.00 |
| Account No. **xxx7605** <br><br> **Harvard Collection** <br> **4839 N Elston Ave** <br> **Chicago, IL 60630** | | J | | | 2008-2011 <br> Collections | | | | 135.00 |
| Account No. **5506** <br><br> **Home Depot Credit Services** <br> **PO Box 689100** <br> **Des Moines, IA 50368-9100** | | J | | | 2005-2011 <br> Revolving Charge | | | | 1.00 |
| Account No. **8922** <br><br> **HSBC** <br> **Darvins Furniture** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | J | | | 2004-2011 <br> Credit Card | | | | 1.00 |
| Account No. **2884** <br><br> **HSBC Menards** <br> **PO Box 703** <br> **Wood Dale, IL 60191** | | J | | | 2003-2011 <br> Revolving Charge | | | | 1.00 |

Sheet no. __**20**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

456.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
**Rosalina Iacono**                                                      Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8781**<br><br>**Hsbc/Carsn**<br>**Po Box 15521**<br>**Wilmington, DE 19805** | | W | **Opened  1/06/86**<br>**ChargeAccount** | | | | 1.00 |
| Account No. **xxxxxxx7001**<br><br>**I C System Inc (Original Creditor:D**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | H | **Opened  3/09/10  Last Active  5/01/09**<br>**Collection Diabetes Osteoporosis Obesity** | | | | 50.00 |
| Account No. **xxxxxxx7001**<br><br>**IC System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164** | | J | **2010-2011**<br>**Medical Bill** | | | | 50.00 |
| Account No. **xxx6299, xxxx1668**<br><br>**Illinois Collection SE**<br>**8231 185th St**<br>**Ste 100**<br>**Tinley Park, IL 60487** | | J | **2009-2011**<br>**Collections for medical Bills** | | | | 2,400.00 |
| Account No. **xxx6299**<br><br>**Illinois Collection Se (Original Cr**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | H | **Opened  9/25/06**<br>**Collection Lutheran General Hospital** | | | | 2,143.00 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                   4,644.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall F. Iacono,**
**Rosalina Iacono**
                                                                      Case No. _____

,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1668** | | | Opened 10/19/10 Collection M W S | | | | |
| Illinois Collection Se (Original Cr 8231 185th St Ste 100 Tinley Park, IL 60487 | | H | | | | | |
| | | | | | | | 232.00 |
| Account No. **xxxxx2529** | | | 2004-2011 Collections | | | | |
| JDM Total Debt Management PO Box 6700 Atlanta, GA 31139 | | J | | | | | |
| | | | | | | | 1.00 |
| Account No. **xxx1186, xxx5278, xxx3687** | | | 2007-2011 Medical Bills | | | | |
| KCA Financial Services 628 North St Geneva, IL 60134 | | J | | | | | |
| | | | | | | | 1,500.00 |
| Account No. **xxx8351, xx6278, xxx1186,** | | | 2007-2011 Medical Bill in Collections | | | | |
| KCA Financial Services 628 North St Geneva, IL 60134 | | J | | | | | |
| | | | | | | | 1,100.00 |
| Account No. **xxx1186, xxx3687** | | | 2010-2011 Collections | | | | |
| KCA Financial Services 628 North St Geneva, IL 60134 | | J | | | | | |
| | | | | | | | 750.00 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,583.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**                                    Case No. _____
         **Rosalina Iacono**
                                                              ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1517**<br><br>**Kelsey Seybold Clinic**<br>**PO BOX 84311**<br>**Dallas, TX 75284** | | J | | 2010-2011<br>Medical Bill | | | | 40.00 |
| Account No. **xxxxxxx8752**<br><br>**Kohls**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | J | | Opened  4/12/98  Last Active  5/31/04<br>ChargeAccount | | | | 1,710.00 |
| Account No. **xxxxxx8752**<br><br>**Kohls/Chase**<br>**N56 W17000 Ridgewood**<br>**Menomonee Falls, WI 53051** | | J | | 2004-2011<br>Revolving Charge | | | | 1,710.00 |
| Account No. **2843**<br><br>**Kramer Enterprises LTD**<br>**3077 West Jefferson Sute 214**<br>**Joliet, IL 60435** | | J | | 2010-2011<br>Collections | | | | 317.60 |
| Account No. **xxxxxxxxxxxx9473**<br><br>**Lane Bryant Retail/Soa**<br>**450 Winks Ln**<br>**Bensalem, PA 19020** | | W | | Opened  6/01/87<br>CreditCard | | | | 1.00 |

Sheet no. **23** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                3,778.60
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
         **Rosalina Iacono**                                                    Case No. _____

                                                        ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8922** <br><br> **LVNV Funding LLC** <br> **PO Box 740281** <br> **Farmingdale, NY 11774** | | J | **2009-2011** <br> **Collections** | | | | 1.00 |
| Account No. **xxxx4414** <br><br> **Ma/Nco Financial (Original Creditor** <br> **Po Box 4935** <br> **Trenton, NJ 08650** | | H | **Opened 12/29/09  Last Active  8/01/10** <br> **Collection Reliant Energy** | | | | 465.00 |
| Account No. **xxxx4698** <br><br> **Ma/Nco Financial (Original Creditor** <br> **Po Box 4935** <br> **Trenton, NJ 08650** | | J | **Opened 11/15/08  Last Active  7/01/06** <br> **Collection Directv** | | | | 206.00 |
| Account No. **xxxxxx6898** <br><br> **Market Street Mortgage** <br> **2650 Mccormick Dr Ste 20** <br> **Clearwater, FL 33759** | | J | **Opened  2/19/02  Last Active  4/01/02** <br> **ConventionalRealEstateMortgage** | | | | 1.00 |
| Account No. **xxxx8062** <br><br> **Marshall Fields** <br> **111 Boulder Industrial D** <br> **Bridgeton, MO 63044** | | J | **2007-2011** <br> **Revolving Charge** | | | | 1.00 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    674.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
     **Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7890** <br><br> **Marshall Fields** <br> **300 Sheffield Cent** <br> **Bridgeton, MO 63044** | | J | **2004-2011** <br> **Revolving charge** | | | | 1.00 |
| Account No. **3633** <br><br> **MBNA** <br> **PO Box 15026** <br> **Wilmington, DE 19850** | | J | **2001-2011** <br> **Credit Card** | | | | 1.00 |
| Account No. **3633** <br><br> **MBNA** <br> **PO Box 17054** <br> **Wilmington, DE 19884** | | J | **2001-2011** <br> **Revolving Charge** | | | | 1.00 |
| Account No. **xxxx0001** <br><br> **Medical Business Burea (Original Cr** <br> **1460 Renaissance Dr** <br> **Park Ridge, IL 60068** | | W | **Opened 10/19/06  Last Active  2/01/11** <br> **Collection West Central Anesthesia** | | | | 80.00 |
| Account No. **5305, 5173, 0001** <br><br> **Medical Business Bureau** <br> **1460 Renaissance Drive** <br> **Suite 400** <br> **Park Ridge, IL 60068** | | J | **2010-2011** <br> **Medical Bills** | | | | 1,300.00 |

Sheet no. __**25**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,383.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**                                          Case No. _____

        **Rosalina Iacono**

                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5263**<br><br>**Medical Recovery Specialists**<br>**2250 E Devon Ave**<br>**Ste 352**<br>**Des Plaines, IL 60018** | | J | **2010-2011**<br>**Medical Bill** | | | | 213.80 |
| Account No. **xxxxxx0211**<br><br>**Merchants Cr (Original Creditor:Med**<br>**223 W Jackson St Suite 900**<br>**Chicago, IL 60606** | | W | **Opened  1/01/07  Last Active  5/01/07**<br>**Med1 02 Central Dupage Physicians G** | | | | 193.00 |
| Account No. **xxxxxx0129**<br><br>**Merchants Cr (Original Creditor:Med**<br>**223 W Jackson St Suite 900**<br>**Chicago, IL 60606** | | W | **Opened 11/01/05  Last Active  2/01/06**<br>**Med1 02 Central Dupage Physicians G** | | | | 182.00 |
| Account No. **xxxxxx1016**<br><br>**Merchants Cr (Original Creditor:Med**<br>**223 W Jackson St Suite 900**<br>**Chicago, IL 60606** | | H | **Opened  9/01/05  Last Active 12/01/05**<br>**Med1 02 Dupage Medical Group** | | | | 92.00 |
| Account No. **xxxxxx4459**<br><br>**Merchants Cr (Original Creditor:Med**<br>**223 W Jackson St Suite 900**<br>**Chicago, IL 60606** | | H | **Opened  6/01/07  Last Active 10/01/07**<br>**Med1 02 Dupage Medical Group** | | | | 50.00 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

730.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**                                    Case No. _____
         **Rosalina Iacono**
                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx1532**<br><br>**Merchants Credit Guide (Original Cr**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | | W | | Opened 11/24/08  Last Active  4/01/09<br>Collection Central Dupage Hospital | | | | 2,772.00 |
| Account No. **xxxxxx1908**<br><br>**Merchants Credit Guide (Original Cr**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | | W | | Opened  2/02/09  Last Active  6/01/09<br>Collection Central Dupage Hospital | | | | 113.00 |
| Account No. **xxxxxx1365**<br><br>**Merchants Credit Guide (Original Cr**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | | W | | Opened  2/02/09  Last Active  6/01/09<br>Collection Central Dupage Hospital | | | | 84.00 |
| Account No. **0138, 1532, 1365, 1908, 0211,**<br><br>**Merchants Credit Guide Co.**<br>**Executive Offices**<br>**223 W Jackson Blvd**<br>**Chicago, IL 60606** | | J | | 2009-2011<br>Collections | | | | 3,200.00 |
| Account No. **0129, 0107, 1016, 4459, 0198**<br><br>**Merchants Credit Guide Co.**<br>**Executive Offices**<br>**223 W Jackson Blvd**<br>**Chicago, IL 60606** | | J | | 2007-2011<br>Collections | | | | 600.00 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,769.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall F. Iacono,**
       **Rosalina Iacono**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0107, x0001**<br><br>**Merchants Credit Guide Co.**<br>**Executive Offices**<br>**223 W Jackson Blvd**<br>**Chicago, IL 60606** | | J | **2009-2011**<br>**Collections for Medical Bills** | | | | 350.00 |
| Account No. **1395**<br><br>**Messerli & Kramer**<br>**3033 Campus Drive**<br>**Minneapolis, MN 55441** | | J | **2001-2011**<br>**Collections** | | | | 1.00 |
| Account No. **6612**<br><br>**Michael D. Fine**<br>**131 South Dearborn Street**<br>**Chicago, IL 60603** | | J | **2003-2011**<br>**Collections** | | | | 1.00 |
| Account No. **2209, 8326**<br><br>**Midwest Heart Specialists**<br>**3496 Paysphere Circle**<br>**Chicago, IL 60674** | | J | **2010-2011**<br>**Medical Bills** | | | | 400.00 |
| Account No. **2209, 8326, 6955, 4932, 7003,**<br><br>**Mira Med Revenue Group**<br>**Dept 77304**<br>**PO Box 77000**<br>**Detroit, MI 48277-0304** | | J | **2007-2011**<br>**Collections for Medical Bills** | | | | 600.00 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,352.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
      **Rosalina Iacono**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0572** <br><br> **National Asset Recovery, Inc** <br> **5901-C Peachtree** <br> **Dunwoody Rd, Suite 550** <br> **Atlanta, GA 30328** | | J | **2010-2011** <br> **Collections** | | | | 1.00 |
| Account No. **xxxxx3223** <br><br> **Nco Fin/99 (Original Creditor:Commo** <br> **Po Box 15636** <br> **Wilmington, DE 19850** | | H | **Opened  2/01/07  Last Active 11/01/06** <br> **Collection Commonwealth Ed** | | | | 264.00 |
| Account No. **xxxx4698** <br><br> **NCO Financial** <br> **PO Box 15630** <br> **Dept 99** <br> **Wilmington, DE 19850** | | J | **2009-2011** <br> **Collections** | | | | 206.00 |
| Account No. **xxx2128** <br><br> **NCO Financial Systems** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | | J | **2007-2011** <br> **Collections** | | | | 1.00 |
| Account No. **0000** <br><br> **NES** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | J | **2007-2011** <br> **Collections** | | | | 465.00 |

Sheet no. __**29**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**937.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**      Case No. _____
      **Rosalina Iacono**

                                           ,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4232** <br><br> **New Beginings Pediatric** <br> **302 Randal Road # 106** <br> **Geneva, IL 60134** | | J | 2010-2011 <br> **Medical Bill** | | | | 1.00 |
| Account No. **5741** <br><br> **Pallisades Collection LLC** <br> **210 Sylvan Avenue** <br> **Englewood Cliffs, NJ 07632** | | J | 2007-2011 <br> **Collections** | | | | 272.00 |
| Account No. **xx xx xx2312** <br><br> **Peerless Enterprises** <br> **CO Michael Angileri** <br> **6900 Main Street, Suite 210** <br> **Downers Grove, IL 60516** | | J | 2004-2011 <br> **Suit for Breach of Contract** | | | | 1.00 |
| Account No. **8944, 0578, 0683** <br><br> **Pellettieri & Associates** <br> **991 Oak Creek Dr.** <br> **Lombard, IL 60148** | | J | 2007-2011 <br> **Medical Bills** | | | | 6,000.00 |
| Account No. **0002,0001** <br><br> **Planites Credit Union** <br> **300 East Randolph Street** <br> **Chicago, IL 60601** | | J | 2005-2011 <br> **Bill** | | | | 852.00 |

Sheet no. __**30**__ of __**37**__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)        7,126.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **Marshall F. Iacono,**
     **Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0001**<br><br>**Planites Cu**<br>**300 E. Randolf 14th Floor**<br>**Chicago, IL 60601** | | H | **Opened  9/01/05  Last Active  7/01/07**<br>**Unsecured** | | | | 852.00 |
| Account No. **xxxxxxxxxx0002**<br><br>**Planites Cu**<br>**300 E. Randolf 14th Floor**<br>**Chicago, IL 60601** | | H | **Opened  9/01/05  Last Active  7/01/07**<br>**Unsecured** | | | | 1.00 |
| Account No. **5763**<br><br>**Portfolio Recovery Affiliates**<br>**120 Corporate Blvd**<br>**ste 1**<br>**Norfolk, VA 23502** | | J | **2001-2011**<br>**Collections** | | | | 1.00 |
| Account No. **xx0297**<br><br>**Praxis Financial Solutions**<br>**7301 N Licoln Ave**<br>**Suite 110**<br>**Lincolnwood, IL 60712** | | J | **2010-2011**<br>**Collections** | | | | 1,843.72 |
| Account No. **6581**<br><br>**Professional Adj Bureau**<br>**450 10th Circle**<br>**Nashville, TN 37203** | | J | **2004-2011**<br>**Collections** | | | | 1.00 |

Sheet no. __**31**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,698.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
     **Rosalina Iacono**

Case No. _____

<u>                                       </u>,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3566**<br><br>**Providian Financial**<br>**PO BOX 9180**<br>**Pleasanton, CA 94566** | | J | 2001-2011<br>**Credit Card** | | | | 1.00 |
| Account No. **4282**<br><br>**Quest Diagnostics**<br>**PO Box 64804**<br>**Baltimore, MD 21264** | | J | 2010-2011<br>**Medical Bills** | | | | 30.00 |
| Account No. **0224**<br><br>**R & B Recievables Management**<br>**860 South Northpoint BLVD**<br>**Waukegan, IL 60085** | | J | 2010-2011<br>**Medical Bill** | | | | 275.00 |
| Account No. **xxxxxxxx4535**<br><br>**Rbmg Inc**<br>**9710 Two Notch Rd**<br>**Columbia, SC 29223-4379** | | J | Opened  2/01/02  Last Active  7/01/02<br>**ConventionalRealEstateMortgage** | | | | 1.00 |
| Account No. **6278**<br><br>**Retailers National Bank**<br>**700 Nicollette Avenue**<br>**Minneapolis, MN 55440** | | J | 2007-2011<br>**Collections** | | | | 1.00 |

Sheet no. **32** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

308.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**                                      Case No. _____
        **Rosalina Iacono**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1590**  **RMS** **PO Box 5470** **Mount Laurel, NJ 08054** | | J | 2010 Collections | | | | 1.00 |
| Account No. **1590**  **RMS INC.** **PO Box 857** **Sugar Grove, IL 60554** | | J | 2007-2011 Tuititon BIll COllections | | | | 3,314.16 |
| Account No. **xxxxxxxx9010**  **Rnb-Fields3** **Po Box 9475** **Minneapolis, MN 55440** | | J | Opened  1/04/95  Last Active  6/01/04 ChargeAccount | | | | 1.00 |
| Account No. **7932**  **Rush Copley Medical Center** **PO BOX 129** **Lombard, IL 60148** | | J | 2010-2011 Medical Bill | | | | 1,147.00 |
| Account No. **9191**  **Saks Incorporated** **3455 HIghway 80 W** **Jackson, MS 39209** | | J | 2010 Credit Card | | | | 1.00 |

Sheet no. __33__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,464.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall F. Iacono,**
      **Rosalina Iacono**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8496** <br><br> **Sams Club / GECAP** <br> **608 Southwest 8th St.** <br> **Bentonville, AR 72716** | | J | | **2004-2011** <br> **Credit Card** | | | | 1,529.00 |
| Account No. **4880** <br><br> **Sears** <br> **8725 West Sahara Avenue** <br> **The Lakes, NV 89163** | | J | | **2001-2011** <br> **Collections** | | | | 1.00 |
| Account No. **6166** <br><br> **Sherman Acquistion** <br> **9700 Bissonet Street Suite 2000** <br> **Houston, TX 77274** | | J | | **2010-2011** <br> **Collections** | | | | 1.00 |
| Account No. **x0644, x3609, x3607** <br><br> **Sleep Solutions** <br> **825 East Golf Road Suite 144** <br> **Arlington Heights, IL 60005** | | J | | **2007-2011** <br> **Medical Bills** | | | | 200.00 |
| Account No. **4113** <br><br> **Sprint Wireless** <br> **PO BOx 4191** <br> **Carol Stream, IL 60197** | | J | | **2010-2011** <br> **Utiility Bill** | | | | 240.00 |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,971.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall F. Iacono,**
        **Rosalina Iacono**
                                                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3204** <br><br> **Suburban Lung Associates** <br> **PO BOX 2776** <br> **Carol Stream, IL 60132** | | J | 2010 <br> **Medical Bill** | | | | 23.00 |
| Account No. **xxxxx6558** <br><br> **The Bureaus, Inc.** <br> **1717 Central St** <br> **Evanston, IL 60204** | | J | 2010 <br> **Medical Bill** | | | | 30.50 |
| Account No. **xxxxx0245** <br><br> **Ual T/Cbsd** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117-6497** | | H | Opened  2/01/00  Last Active  3/01/02 <br> **CombinedCreditPlan** | | | | 1.00 |
| Account No. **xxxxxx8678** <br><br> **Unknown (Original Creditor:Unknown)** | | H | Opened  9/01/06  Last Active  4/01/06 <br> **MedicalDebt Unknown** | | | | 15.00 |
| Account No. **xxxxxx7365** <br><br> **Urology Associates of Dupage** <br> **610 East Roosevelt Road Suite 203** <br> **Wheaton, IL 60187** | | J | 2010 <br> **Medical Bill** | | | | 30.50 |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**                                                    Case No. _____
         **Rosalina Iacono**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6121**<br><br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | H | | **Opened 1/20/01 Last Active 4/01/03**<br>**Educational** | | | | **5,811.00** |
| Account No. **xxx9642**<br><br>**Valley Emergency Care Inc.**<br>**PO BOX 9030**<br>**Wheeling, IL 60090** | | J | | **2010**<br>**Medical Bills** | | | | **275.00** |
| Account No. **xx3940**<br><br>**Valley Imaging Consultants**<br>**6910 South Madison Street**<br>**Willowbrook, IL 60527** | | J | | **2010**<br>**Medical Bill** | | | | **17.30** |
| Account No. **0000**<br><br>**Verizon**<br>**1515 Woodfield Rd**<br>**Suite 140**<br>**Schaumburg, IL 60173** | | J | | **2010-2011**<br>**Collections** | | | | **378.00** |
| Account No. **3566**<br><br>**Washington Mutual/Providian**<br>**PO Box 9180**<br>**Pleasanton, CA 94566** | | J | | **2004-2011**<br>**Collections** | | | | **1.00** |

Sheet no. __**36**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,482.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall F. Iacono,**
**Rosalina Iacono**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx0105** | | | | **Opened 7/23/99 Last Active 4/01/01 CreditCard** | | | | |
| **Wff Cards 3201 N 4th Ave Sioux Falls, SD 57104** | | W | | | | | | |
| | | | | | | | | **1.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **104,537.58** |

B6G (Official Form 6G) (12/07)

In re    **Marshall F. Iacono,**                                    Case No. _____
      **Rosalina Iacono**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Marshall F. Iacono,**
**Rosalina Iacono**
_____,
Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Marshall F. Iacono**
**Rosalina Iacono**
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Daughter** | AGE(S): **18** **21** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Payroll** | |
| Name of Employer | **City of Chicago** | **unemployed homemaker** |
| How long employed | **---years** | |
| Address of Employer | **30 North LaSalle Street** **Chicago, IL 60602** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **4,983.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,983.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **592.76** | $ | **0.00** |
| b. Insurance | $ | **123.40** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): **Deferred Compensation** | $ | **20.00** | $ | **0.00** |
| **Municipal Pension (Mandatory)** | $ | **384.60** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,120.76** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,862.24** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,862.24** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **3,862.24** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Marshall F. Iacono**
       **Rosalina Iacono**                                        Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,100.00 |
| a. Are real estate taxes included?          Yes ___          No  **X** | | |
| b. Is property insurance included?          Yes ___          No  **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 400.00 |
|                        b. Water and sewer | $ | 0.00 |
|                        c. Telephone | $ | 85.00 |
|                        d. Other   **See Detailed Expense Attachment** | $ | 175.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                        a. Homeowner's or renter's | $ | 0.00 |
|                        b. Life | $ | 0.00 |
|                        c. Health | $ | 0.00 |
|                        d. Auto | $ | 110.00 |
|                        e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|             (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                        a. Auto | $ | 0.00 |
|                        b. Other _____ | $ | 0.00 |
|                        c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Grooming** | $ | 100.00 |
|       Other   **School Expenses** | $ | 150.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,920.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,862.24 |
| b.   Average monthly expenses from Line 18 above | $ | 3,920.00 |
| c.   Monthly net income (a. minus b.) | $ | -57.76 |

**B6J (Official Form 6J) (12/07)**

In re    **Marshall F. Iacono**
      **Rosalina Iacono**                    Case No. _____

                                   Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cell Phone | $ | 65.00 |
| Cable & Internet | $ | 110.00 |
| **Total Other Utility Expenditures** | $ | **175.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Marshall F. Iacono**
      **Rosalina Iacono**

                         Debtor(s)

Case No. _____

Chapter    **7**  _____


## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **52**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **April 27, 2011**  _____      Signature    **/s/ Marshall F. Iacono** _____
                                                        **Marshall F. Iacono**
                                                        Debtor


Date   **April 27, 2011**  _____      Signature    **/s/ Rosalina Iacono** _____
                                                        **Rosalina Iacono**
                                                        Joint Debtor


*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re     **Marshall F. Iacono**
         **Rosalina Iacono**                             Case No.

                                          Debtor(s)            Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,966.00** | **2011 YTD: Both Employment Income** |
| **$59,344.00** | **2010: Both Employment Income** |
| **$47,109.00** | **2009: Both Employment Income** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments to either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One v. Marshall & Rosalina Iacono 04 SC 002681** | **Suit for Breach of Contract** | **Circuit Court of Kane County** | **Pending** |
| **Capital One v. Marshall & Rosalina Iacono 04 SC 002702** | **Suit for Breach of Contract** | **Circuit Court of Kane County** | **Pending** |
| **Capital One v. Marshall & Rosalina Iacono 04 SC 2498** | **Suit for Breach of Contract** | **Circuit Court of Kane County** | **Pending** |
| **Monogram Credit Card v.  Marshall & Rosalina Iacono 04 SC 505** | **Suit for Breach of Contract** | **Circuit Court of Kane County** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Peerless Enterprises v. Marshall & Rosalina Iacono 04 SC 002312** | **Suit for Breach of Contract** | **Circuit Court of Cook County** | **Pending** |
| **Calvary SPV I LLC. v. Marshall & Rosalina Iacono 05 ARK 340** | **Suit for Breach of Contract** | **Court in Arkansas ?** | **Pending Citation issued** |
| **Christopher Linderman v. Marshall & Rosalina Iacono 06 LM 001718** | **Suit for Breach of Contract** | **Circuit Court of Kane County** | **Pending or Dismissed** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MoneySharp Credit Counseling 2713 N. Central Park Chicago, IL 60647** | **10/24/2010** | **$35 for Joint Credit Counseling** |
| **Swanson & Wagman LLC 670 West Hubbard Suite 202 Chicago, IL 60654** | **3/7/2011** | **$299 toward filing fee, $801 toward attorney fee's** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                                      ADDRESS

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

### 20. Inventories

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR                 DOLLAR AMOUNT OF INVENTORY
                                                                     (Specify cost, market or other basis)

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                    RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                          NATURE AND PERCENTAGE
                                                                       OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                        DATE OF WITHDRAWAL

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE              AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                 OR DESCRIPTION AND
                                                                     VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                             TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **April 27, 2011**                 Signature    **/s/ Marshall F. Iacono**
                                            **Marshall F. Iacono**
                                            Debtor

Date   **April 27, 2011**                 Signature    **/s/ Rosalina Iacono**
                                            **Rosalina Iacono**
                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Marshall F. Iacono**
**Rosalina Iacono**
_____
Debtor(s)

Case No. _____
Chapter   **7**_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **April 27, 2011**_____      Signature   **/s/ Marshall F. Iacono**_____
                                                              **Marshall F. Iacono**
                                                              Debtor

Date  **April 27, 2011**_____      Signature   **/s/ Rosalina Iacono**_____
                                                              **Rosalina Iacono**
                                                              Joint Debtor

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Marshall F. Iacono**
**Rosalina Iacono**

Case No.

Debtor(s)

Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Marshall F. Iacono**
**Rosalina Iacono**

Printed Name(s) of Debtor(s)

Case No. (if known)

X  **/s/ Marshall F. Iacono**          **April 27, 2011**

Signature of Debtor                           Date

X  **/s/ Rosalina Iacono**          **April 27, 2011**

Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Marshall F. Iacono**
     **Rosalina Iacono**                   Case No. _____

                                  Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **185**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 27, 2011** _____      **/s/ Marshall F. Iacono** _____
                                       **Marshall F. Iacono**
                                     Signature of Debtor

Date:   **April 27, 2011** _____      **/s/ Rosalina Iacono** _____
                                       **Rosalina Iacono**
                                     Signature of Debtor

AFS
5996 West Touhy Avenue
Niles, IL 60714


American Collections (Original Cred
919 Estes Ct
Schaumburg, IL 60193


American General Finan
3215 W 95th St
Evergreen Park, IL 60805


American General Finance
PO Box 3251
Evansville, IN 47731


American Medical Collection Agency
2269 South Saw Mill River Rd
Building 3
Elmsford, NY 10523


APLM LTD
1050 West Kinzie Street
Chicago, IL 60642


Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099


Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099


Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099


Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099


Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

Associated General Sugeons
25 North Winfield Road Suite 410
Winfield, IL 60190

Associated Pathology Consultants
PO BOX 3680
Peoria, IL 61612

Associated Recovery Systems
Po Box 469046
Escondido, CA 92046

ATG Credit LLC
PO Box 14895
Chicago, IL 60614

Bank of America
PO Box 84006
Columbus, GA 31908

Bank of America
4060 Ogletown Stan
Newark, DE 19713

Barsky Dermotology
122 Schiller Street
Elmhurst, IL 60126

Beyer- Rosen M & S
1121 North Ellis Street
Bensenville, IL 60106


Biehl & Biehl
PO Box 8747410
Carol Stream, IL 60188


Blatt, Hasenmiller, Leibsker & Moor
PO Box 5463
Chicago, IL 60680


Blitt & Gaines PC
661 Glenn Avenue
Wheeling, IL 60090


Blitt & Gaines PC
661 Glenn Avenue
Calvary SPV I LLC
Wheeling, IL 60090


Cab Serv (Original Creditor:Cardina
90 Barney Dr
Joliet, IL 60435


Cab Serv (Original Creditor:Kramer
90 Barney Dr
Joliet, IL 60435


Cab Serv (Original Creditor:Kramer
90 Barney Dr
Joliet, IL 60435


Cab Services
60 Barney Drive
Joliet, IL 60435


Calvary Portfolio Services
7 Skyline Drive 3rd Floor
Hawthorne, NY 10532


Capital One
1500 Capital One Drive
Richmond, VA 23285

Capital One
1500 Capital One Drive
Richmond, VA 23285


Capital One
1500 Capital One Drive
Richmond, VA 23285


Capital One
1500 Capital One Drive
Richmond, VA 23285


Capital One
1500 Capital One Drive
Richmond, VA 23285


Capital One
1500 Capital One Drive
Richmond, VA 23285


Capital One
1500 Capital One Drive
Richmond, VA 23285


Capital One
1500 Capital One Drive
Richmond, VA 23285


Carson Pirie Scott
PO Box 10327
Jackson, MS 39289


Carson Pirie Scott
PO Box 10327
Jackson, MS 39289


CB USA
5252 S Hohman Ave
Hammond, IN 46320


CBUSA Sears
13200 Smith Rd
Cleveland, OH 44130

Centra
PO BOX 479
Winfield, IL 60190


Central Dupage
PO BOX 4698
Carol Stream, IL 60122


Central Dupage Hospital
PO BOX 46898
Carol Stream, IL 60197


Central Duparge Hospital
PO BOX 4698
Carol Stream, IL 60122


Certegra Primary Care LLC
13707 West Jackson
Woodstock, IL 60098


Certifed Svc (Original Creditor:Med
1733 Washington St 201
Waukegan, IL 60079


Certified Services Inc
1733 Washington St
Ste 2
Waukegan, IL 60085


Chase
Po Box 24696
Columbus, OH 43224-0696


Chase Auto
Po Box 901076
Fort Worth, TX 76101


Chase/Cc
225 Chastain Meadows Ct., Nw
Kennesaw, GA 30144


Circuit City
c/o Associated Recovery Systems
PO Box 469046
Escondido, CA 92046

Citibank
PO BOX 6033
Haggerstown, MD 21747


Citimortgage
Po Box 9438 Dept 0251
Gaithersburg, MD 20898


CMI
4200 International Parkway
Carrollton, TX 75007


Collection Company O (Original Cred
700 Lonwater Drive
Norwell, MA 02061


Collection Company of America
Po Box 556
Norwell, MA 02061


Computer Credit Inc.
640 West Fourth Street
Winston Salem, NC 27113-5238


Conseco Financial
PO Box 981206
El Paso, TX 79998


Consecofin
345 St Peter/900 Landmk
Saint Paul, MN 55102


Credit One LLC
PO Box 605
Metairie, LA 70004


Credit Protections Assoc
1355 Noel Rd
Ste 2100
Dallas, TX 75240


Credit Thrift of America
342 Chrysler Drive
Belvidere, IL 61008

Crescent Recovery
510 Independence Suite 300
Chesapeake, VA 23320


Dachman Center for Pain
38105 Eagle Way
Chicago, IL 60678


Darvin Furniture
90 Christiana Road
New Castle, DE 19720


Darvin Furniture
90 Christiana Road
New Castle, DE 19720


Delnor Community Hospital
PO BOX 71185
Chicago, IL 60694


Dennis A. Brebner & Associates
860 Northpoint BLVD.
Waukegan, IL 60085


Dependon Collection
pO Box 4983
Oak Brook, IL 60523-4983


Dependon Collection Se (Original Cr
Po Box 4833
Oak Brook, IL 60522


Devon Financial Services, Inc.
6414 N Western Ave
Chicago, IL 60645


Direct Tv
PO Box 27700
Anaheim, CA 92809


Diversified Services
5800 E Thomas Rd
ste 107
Scottsdale, AZ 85251

Dupage Internal Medicine
517 Thornhill Drive
Carol Stream, IL 60188


Dupage Medical Group
1860 Paysphere Circle
Chicago, IL 60674


Dupage Obstrectrics and Gynecology
397 Schmale Road
Carol Stream, IL 60188


Elmhurst Clinic
75 Remittance Drive Suite 1253
Chicago, IL 60675


Elmhurst College
190 Prospect Avenue
Elmhurst, IL 60126


Elmhurst Medical Physicians
1200S South York Road 3250
Elmhurst, IL 60126


Elmhurst Memorial Healthcare
PO Box 92348
Chicago, IL 60675-2348


Emergency Treatment SC
900 Jorie BLVD. Suite 220
Oak Brook, IL 60523


Enhanced Recovery Corp
PO Box 1967
Southgate, MI 48195


Enhancrcvrco (Original Creditor:11
8014 Bayberry Rd
Jacksonville, FL 32256


EOS CCA
PO Box 296
Norwell, MA 02061-0296

Eos Cca (Original Creditor:At T Mob
700 Longwater Dr
Norwell, MA 02061


FFCC-Columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


Fleet
PO Box 84006
Columbus, GA 31908


Fleet
PO Box 105655
Atlanta, GA 30348


Gemb/Jcp
Po Box 984100
El Paso, TX 79998


Gemb/Sams Club
Po Box 981400
El Paso, TX 79998


GEMB/Sams Club
PO Box 981400
El Paso, TX 79998


Gemb/Walmart
Po Box 981400
El Paso, TX 79998


Gemb/Whitehall
Po Box 981439
El Paso, TX 79998


Gerald Moore & Associates
PO Box 724087
Atlanta, GA 31139


H & R Accounts Inc
5017 John Deer Parkway
Stone Park, IL 60165

H & R Accounts Inc (Original Credit
7017 John Deere Pkwy
Moline, IL 61265


Harvard Collection
4839 N Elston Ave
Chicago, IL 60630


Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368-9100


HSBC
Darvins Furniture
PO Box 5253
Carol Stream, IL 60197


HSBC Menards
PO Box 703
Wood Dale, IL 60191


Hsbc/Carsn
Po Box 15521
Wilmington, DE 19805


I C System Inc (Original Creditor:D
Po Box 64378
Saint Paul, MN 55164


IC System, Inc.
444 Highway 96 East
PO Box 64887
Saint Paul, MN 55164


Illinois Collection SE
8231 185th St
Ste 100
Tinley Park, IL 60487


Illinois Collection Se (Original Cr
8231 185th St Ste 100
Tinley Park, IL 60487

Illinois Collection Se (Original Cr
8231 185th St Ste 100
Tinley Park, IL 60487

JDM Total Debt Management
PO Box 6700
Atlanta, GA 31139

KCA Financial Services
628 North St
Geneva, IL 60134

KCA Financial Services
628 North St
Geneva, IL 60134

KCA Financial Services
628 North St
Geneva, IL 60134

Kelsey Seybold Clinic
PO BOX 84311
Dallas, TX 75284

Kohls
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Kohls/Chase
N56 W17000 Ridgewood
Menomonee Falls, WI 53051

Kramer Enterprises LTD
3077 West Jefferson Sute 214
Joliet, IL 60435

Lane Bryant Retail/Soa
450 Winks Ln
Bensalem, PA 19020

LVNV Funding LLC
PO Box 740281
Farmingdale, NY 11774

Ma/Nco Financial (Original Creditor
Po Box 4935
Trenton, NJ 08650


Ma/Nco Financial (Original Creditor
Po Box 4935
Trenton, NJ 08650


Market Street Mortgage
2650 Mccormick Dr Ste 20
Clearwater, FL 33759


Marshall Fields
111 Boulder Industrial D
Bridgeton, MO 63044


Marshall Fields
300 Sheffield Cent
Bridgeton, MO 63044


MBNA
PO Box 15026
Wilmington, DE 19850


MBNA
PO Box 17054
Wilmington, DE 19884


Medical Business Burea (Original Cr
1460 Renaissance Dr
Park Ridge, IL 60068


Medical Business Bureau
1460 Renaissance Drive
Suite 400
Park Ridge, IL 60068


Medical Recovery Specialists
2250 E Devon Ave
Ste 352
Des Plaines, IL 60018


Merchants Cr (Original Creditor:Med
223 W Jackson St Suite 900
Chicago, IL 60606

Merchants Cr (Original Creditor:Med
223 W Jackson St Suite 900
Chicago, IL 60606


Merchants Cr (Original Creditor:Med
223 W Jackson St Suite 900
Chicago, IL 60606


Merchants Cr (Original Creditor:Med
223 W Jackson St Suite 900
Chicago, IL 60606


Merchants Credit Guide (Original Cr
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Merchants Credit Guide (Original Cr
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Merchants Credit Guide (Original Cr
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Merchants Credit Guide Co.
Executive Offices
223 W Jackson Blvd
Chicago, IL 60606


Merchants Credit Guide Co.
Executive Offices
223 W Jackson Blvd
Chicago, IL 60606


Merchants Credit Guide Co.
Executive Offices
223 W Jackson Blvd
Chicago, IL 60606


Messerli & Kramer
3033 Campus Drive
Minneapolis, MN 55441

Michael D. Fine
131 South Dearborn Street
Chicago, IL 60603


Midwest Heart Specialists
3496 Paysphere Circle
Chicago, IL 60674


Mira Med Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304


National Asset Recovery, Inc
5901-C Peachtree
Dunwoody Rd, Suite 550
Atlanta, GA 30328


Nco Fin/99 (Original Creditor:Commo
Po Box 15636
Wilmington, DE 19850


NCO Financial
PO Box 15630
Dept 99
Wilmington, DE 19850


NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044


NES
29125 Solon Road
Solon, OH 44139


New Beginings Pediatric
302 Randal Road # 106
Geneva, IL 60134


Pallisades Collection LLC
210 Sylvan Avenue
Englewood Cliffs, NJ 07632

Peerless Enterprises
CO Michael Angileri
6900 Main Street, Suite 210
Downers Grove, IL 60516


Pellettieri & Associates
991 Oak Creek Dr.
Lombard, IL 60148


Planites Credit Union
300 East Randolph Street
Chicago, IL 60601


Planites Cu
300 E. Randolf 14th Floor
Chicago, IL 60601


Planites Cu
300 E. Randolf 14th Floor
Chicago, IL 60601


Portfolio Recovery Affiliates
120 Corporate Blvd
ste 1
Norfolk, VA 23502


Praxis Financial Solutions
7301 N Licoln Ave
Suite 110
Lincolnwood, IL 60712


Professional Adj Bureau
450 10th Circle
Nashville, TN 37203


Providian Financial
PO BOX 9180
Pleasanton, CA 94566


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264

R & B Recievables Management
860 South Northpoint BLVD
Waukegan, IL 60085


Rbmg Inc
9710 Two Notch Rd
Columbia, SC 29223-4379


Retailers National Bank
700 Nicollette Avenue
Minneapolis, MN 55440


RMS
PO Box 5470
Mount Laurel, NJ 08054


RMS INC.
PO Box 857
Sugar Grove, IL 60554


Rnb-Fields3
Po Box 9475
Minneapolis, MN 55440


Rush Copley Medical Center
PO BOX 129
Lombard, IL 60148


Saks Incorporated
3455 HIghway 80 W
Jackson, MS 39209


Sams Club / GECAP
608 Southwest 8th St.
Bentonville, AR 72716


Sears
8725 West Sahara Avenue
The Lakes, NV 89163


Sherman Acquistion
9700 Bissonet Street Suite 2000
Houston, TX 77274

Sleep Solutions
825 East Golf Road Suite 144
Arlington Heights, IL 60005


Sprint Wireless
PO BOx 4191
Carol Stream, IL 60197


Suburban Lung Associates
PO BOX 2776
Carol Stream, IL 60132


The Bureaus, Inc.
1717 Central St
Evanston, IL 60204


Ual T/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497


Unknown (Original Creditor:Unknown)


Urology Associates of Dupage
610 East Roosevelt Road Suite 203
Wheaton, IL 60187


Us Dept Of Education
Po Box 5609
Greenville, TX 75403


Valley Emergency Care Inc.
PO BOX 9030
Wheeling, IL 60090


Valley Imaging Consultants
6910 South Madison Street
Willowbrook, IL 60527


Verizon
1515 Woodfield Rd
Suite 140
Schaumburg, IL 60173

Washington Mutual/Providian
PO Box 9180
Pleasanton, CA 94566


Wff Cards
3201 N 4th Ave
Sioux Falls, SD 57104